1041-17

# ELECTRONIC RECORD

COA # 14-16-00444-CR

STYLE: Xavier Bernard Jones v The State of Texas

COA DISPOSITION: Affirmed

DATE: August 17, 2017        Publish: No

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 184th District Court

TC CASE # 1441735

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Xavier Bernard Jones v The State of Texas        CCA # _____

___APPELLANT'S___  Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED_____

DATE: _NOVEMBER 22, 2017_

JUDGE: _Per Curiam_

CCA Disposition: **1041-17**

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**